# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**DONNA JO HEADRICK,**

    **Plaintiff,**

**v.**                                                              Case No. 3:19cv1615-LC/CAS

**ANDREW SAUL, Commissioner
of Social Security,**

    **Defendant.**
_____/

## ORDER

This cause comes on for consideration upon the Report and Recommendation of the United States Magistrate Judge (ECF No. 14) dated December 16, 2019, recommending that the Defendant's consent motion to remand, ECF No. 13, be granted and the Commissioner's decision denying benefits be reversed. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. No objections have been filed.

Having considered the report and recommendation, I have determined that it should be adopted.

Accordingly, it is **ORDERED** as follows:

1.  The Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this order.

2.  Defendant's consent motion to remand, ECF No. 13, is **GRANTED** and the Commissioner's decision is hereby **REVERSED**.

3.  This case is hereby **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with the Report and Recommendation.

4.  The Clerk is directed to enter final judgment for Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

5.  The Clerk shall administratively close the file.

**DONE AND ORDERED** this 14th day of January, 2020.

*s/ L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**